UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

FEB 1 3 2020

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | 4:20CR108 CDP/NAB |
| BRADLY SCHULDES, ) | |
| Defendant. ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

Beginning at a time unknown and continuing through or about July 16, 2019, in Audrain County, within the Eastern District of Missouri,

**BRADLY SCHULDES,**

the Defendant herein, knowing he was subject to a court order issued on January 2, 2018, by the Orange County Superior Court of California in case number 17D009056, and issued after a hearing of which he received actual notice, and at which he had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury, knowingly possessed one or more firearms, and the firearms previously traveled in interstate or foreign commerce during or prior to being in defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(8).

## COUNT TWO

The Grand Jury further charges that:

Beginning at a time unknown and continuing through or about July 16, 2019, in Audrain County, within the Eastern District of Missouri,

**BRADLY SCHULDES,**

the Defendant herein, knowingly possessed a firearm, to wit, a silencer, not identified by a serial number as required by chapter 53 of Title 26.

In violation of Title 26, United States Code, Section 5861(i).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
JASON S. DUNKEL, #65886MO
Assistant United States Attorney